Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JILL L. JENSEN,<br><br>Plaintiff,<br>vs.<br><br>LIFE INSURANCE COMPANY of NORTH AMERICA and CIGNA HEALTH and LIFE INSURANCE COMPANY,<br><br>Defendants. | MOTION TO DISMISS DEFENDANT CIGNA HEALTH and LIFE INSURANCE COMPANY WITHOUT PREJUDICE<br><br>Case No. 2:22-cv-00293 - DAK<br><br>Judge Dale A. Kimball |

      Plaintiff Jill L. Jensen, through her undersigned counsel, moves the court to dismiss Defendant, Cigna Health and Life Insurance Company, without prejudice from the above captioned matter. Claims against Defendant Life Insurance Company of North America remain ongoing.

Dated this 27th day of July, 2022

                                          /s/ Brian S. King
                                          Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

Dated this 27th day of July, 2022

/s/Brian S. King